PER CURIAM.
Affirmed. Banks Real Estate Corp. v. Gordon, 353 So.2d 859 (Fla. 3d DCA 1977); Dixson v. Kattel, 311 So.2d 827 (Fla. 3d DCA 1975); Leon Realty, Inc. v. Hough, 310 So.2d 767 (Fla. 3d DCA), cert. denied, 324 So.2d 86 (Fla.1975); B & B Super Markets, Inc. v. Metz, 260 So.2d 529 (Fla. 2d DCA 1971), cert. denied, 267 So.2d 834 (Fla.1972); National Airlines, Inc. v. Oscar E. Dooly Associates, Inc., 160 So.2d 53 (Fla. 3d DCA 1964).